**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 99-41314

WALTER MOSLEY, doing business as Tracer Bail Bonds; MALINDA
MOSLEY

Plaintiffs-Appellants,

VERSUS

BOWIE COUNTY, TEXAS,

Defendant-Appellee,

Appeal from the United States District Court
For the Eastern District of Texas
(5:98-CV-243)
September 18, 2000

Before WOOD,[*] DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[**]

AFFIRMED. The resolution of this case is controlled by
College Savings Bank v. Florida Prepaid Postsecondary Educ. Expense
Bd., 119 S.Ct. 2219 (1999).

---

[*]Circuit Judge of the Seventh Circuit, sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.